IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 07-05056-01-CR-SW-GAF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **COUNT ONE**: |
| | ) | 18 U.S.C. § 2250(a) |
| v. | ) | NMT 10 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| **PERRY LEE NUGENT**, | ) | NMT 3 Years Supervised Release |
| [DOB: xx-xx-1971], | ) | Class C Felony |
| | ) | |
| Defendant. | ) | $100 Mandatory Special Assessment |
| | ) | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

## COUNT ONE

On or between March 20, 2006 and present, in Lawrence County, in the Western District of Missouri, and elsewhere, Perry Lee Nugent, defendant herein, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register or update a registration as required by the Sexual Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY

_/s/ Gary K. Milligan_
Gary K. Milligan
Assistant United States Attorney